UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 0:20-cv-61422-AHS

SABINE FRANCIS,

    Plaintiff,

v.

BETHESDA HOSPITAL EAST, INC.

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Defendant, BETHESDA HOSPITAL EAST, INC., on behalf of all parties, hereby advises the Court that the parties have reached a settlement of the above-styled claim. The parties are in the process of preparing a formal confidential settlement agreement and will file with the Court a Joint Stipulation of Dismissal *with Prejudice* shortly.

Dated: April 2, 2021.        Respectfully submitted,

By: */s/ Arlene K. Kline*
    Arlene K. Kline
    Florida Bar No.: 104957
    E-Mail: arlene.kline@akerman.com
    Kimberly R. Rivera
    Florida Bar No.: 124822
    E-mail: kimberly.rivera@akerman.com
    AKERMAN LLP
    777 South Flagler Drive
    Suite 1100 West Tower
    West Palm Beach, FL 33401
    Telephone: (561) 653-5000
    Facsimile: (561) 659-6313

*Counsel for Defendant, Bethesda Hospital East, Inc.*

57508616;1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel and parties of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   */s/ Arlene K. Kline*
      Arlene K. Kline, Esq.
      Florida Bar No. 104957

## SERVICE LIST

*Sabine Francis v. Bethesda Heath East, Inc.*
*United States District Court, Southern District of Florida*
**CASE NO.: 0:20-cv-61422-AHS**

**Jay Romano, Esq.**
E-Mail:  jromanopa@yahoo.com
Discrimination Law Center, P.A.
433 Plaza Real, Ste. 275
Boca Raton, FL 33432
Telephone: (561) 271-1769

*Counsel for Plaintiff, Sabine Francis*
*Service Via CM/ECF*