UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61422-CIV-SINGHAL

SABINE FRANCIS,

    Plaintiff,

v.

BETHESDA HOSPITAL EAST, INC.,

    Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court upon the Notice of Settlement (DE [35]) filed April 2, 2021, by Defendant Bethesda Hospital East, Inc. on behalf of all parties. Local Rule 16.4, Local Rules for the United States District Court for the Southern District of Florida, requires that a Notice of Settlement "shall be filed and served jointly by counsel for all parties to the settlement." Accordingly, it is hereby

**ORDERED AND ADJUDGED** that all pretrial deadlines remain in effect. The parties will be relieved from pretrial deadlines upon the filing of a Joint Notice of Settlement.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida this 2nd day of April 2021.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF