**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:20-cv-61422-AHS**

**SABINE FRANCIS**,

  Plaintiff,

v.

**BETHESDA HOSPITAL EAST**, INC.

  Defendant.

_____/

**JOINT STIPULATION OF DISMISSAL *WITH PREJUDICE***

  Plaintiff, Sabine Francis ("Plaintiff"), and Bethesda Hospital East ("Defendant"), by and through their respective undersigned attorneys and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of all of Plaintiff's claims in this action *with prejudice* (the "Stipulation").

  A resolution of all matters in dispute between the Parties has been made pursuant to a Confidential Settlement Agreement. The Parties further stipulate that each shall bear their own costs, expenses, attorneys' fees, and paralegals' fees, except as otherwise provided in the Parties' Confidential Settlement Agreement. All Parties consent to the form and content of this Stipulation.

Date: April 21, 2021.

Respectfully submitted,

By: */s/ Jay Romano*_____
    Jay Romano
    E-Mail:  jromanopa@yahoo.com
    Discrimination Law Center, P.A.
    433 Plaza Real, Ste. 275
    Boca Raton, FL 33432
    Telephone: (561) 271-1769

    *Counsel for Plaintiff, Sabine Francis*

By: */s/ Arlene K. Kline*_____
    Arlene K. Kline
    Florida Bar No.: 104957
    E-Mail: arlene.kline@akerman.com
    Kimberly R. Rivera
    Florida Bar No.: 124822
    E-mail: kimberly.rivera@akerman.com
    AKERMAN LLP
    777 South Flagler Drive
    Suite 1100 West Tower
    West Palm Beach, FL 33401
    Telephone: (561) 653-5000
    Facsimile: (561) 659-6313

    *Counsel for Defendant, Bethesda Hospital East*