UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61422-CIV-SINGHAL

SABINE FRANCIS,

    Plaintiff,

vs.

BAPTIST HEALTH SOUTH FLORIDA, INC.,
,

    Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on the Stipulation for Dismissal with Prejudice filed by the parties (DE [39]). The Court having reviewed the Stipulation for Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs, expenses, attorneys' fees, and paralegals' fees, except as otherwise provided in the Parties' Confidential Settlement Agreement. The Clerk is directed to **CLOSE** this case and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 22nd day of April 2021.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF